UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*******************************
                              *
JANE DOE,                     *
     Plaintiff,               *
v.                            *      C. A. No.  1:26-cv-11013
                              *
JOHN DOE,                     *      [Formerly Essex Superior Court
     Defendant                *         Case No. 2677CV00236]
                              *
*******************************
```

## NOTICE OF REMOVAL

Defendant JOHN DOE hereby removes Case No. 2677CV00236 from the Essex Superior Court, Massachusetts, to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for his removal states as follows:

1. On or about February 25, 2024, plaintiff JANE DOE filed a Complaint in Essex Superior Court, Massachusetts, JANE DOE v. JOHN DOE, Case No. 2677CV00236, (the State Court Action).

2. The Complaint has not been served upon defendant JOHN DOE.

3. On February 26, 2026, defendant JOHN DOE, a resident of the State of Nevada, filed a claim in the U.S. District Court of Massachusetts against plaintiff JANE DOE for sexual misconduct, which occurred in the Commonwealth of Massachusetts, during the years 1992-1995, when he was a minor and she was an adult.

4. Defendant JOHN DOE sent notice of his intent to file suit to plaintiff JANE DOE, with a copy of a draft Complaint, on January 14, 2026.

5. Counsel for JANE DOE requested an opportunity to discuss the possible resolution of JOHN DOE's claim, before defendant filed suit in Federal Court, but asked for the courtesy of waiting until after a scheduled trial during the month of February.

6. Counsel for JANE DOE filed suit in Essex Superior Court on February 25, 2026, without any prior notice to counsel for JOHN DOE.

7. Defendant JOHN DOE is informed and believes plaintiff's Complaint alleges that he has attempted to commit extortion, and JANE DOE has sought impoundment of this case in a transparent attempt to prevent public disclosure of the facts of JOHN DOE's sexual abuse claims against her.

8. Defendant JOHN DOE asserts the truth of his claim. He denies defendant JANE DOE has the right to prevent him from asserting his claim and presenting his evidence.

**DIVERSITY JURISDICTION UNDER 28 U.S.C. §1332(a)**

9. This Court has jurisdiction over this matter under 28 U.S.C. §1332(a), because there is complete diversity of citizenship between plaintiff and defendant, and more than $75,000, exclusive of interest and cost, is at stake.

10. Plaintiff JANE DOE resides in Salem, Massachusetts, and is a citizen of that state.

11. Defendant JOHN DOE resides in Las Vegas, Nevada, and is a citizen of that state.

12. Defendant JOHN DOE will assert a counterclaim in this action, requesting a sum in excess of $1,000,000, for injuries he has suffered as the result of plaintiff's sexual assault on him as a child. Thus, well over $75,000 is in controversy and

the jurisdictional threshold under 28 U.S.C. §1332(a) is satisfied.[1]

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

13. No Court documents have been served upon defendant JOHN DOE. Pursuant to 28 U.S.C. §§ 1446(a), and LR 81.1, true and correct copies of the process, pleadings, orders and documents on file in the State Court Action will be filed within 28 days of the filing of this Notice of Removal.

14. To date, no documents have been served upon defendant JOHN DOE. Removal is therefore timely in accordance with 28 U.S.C. §§ 1446(b).

15. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U. S. District Court for the District of Massachusetts is the federal judicial district embracing the Essex Superior Court, Massachusetts, where the State Court Action was originally filed.

## CONCLUSION

By this Notice of Removal, defendant JOHN DOE does not waive any objections he may have as to service, jurisdiction or venue, or any other defenses or objections he may have to this action. Defendant JOHN DOE intends no admissions of fact, law, or liability by this Notice and expressly reserves all defenses, motions or pleas, and counterclaims.

---

[1] Upon the transfer of this claim to the U. S. District Court for the District of Massachusetts, defendant JOHN DOE will move to join this action with his pending Federal claim, C.A. No. 1:26-cv-11011-DLC, so that all claims will be decided in one proceeding.

        Defendant JOHN DOE
        By his Attorney,

        */s/ Carmen L. Durso*
        CARMEN L. DURSO, ESQUIRE
        BBO # 139340
        Law Office of Carmen L. Durso
        276 Union Avenue
        Framingham, MA 01702
        617-728-9123 / carmen@dursolaw.com
        February 27, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Howard Cooper, Esquire, Todd and Weld LLP, One Federal Street, 27th Floor, Boston, MA 02110, the attorney of record for the plaintiff, by U.S. Mail, in accordance with the Court's ECF Administrative Procedures, on February 27, 2026.

        */s/ Carmen L. Durso*
        CARMEN L. DURSO