# 2677CV00236 Doe, Jane vs. Doe, John

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 02/25/2026
- DCM Track:
- A - Average
- Initiating Action:
- Defamation
- Status Date:
- 02/25/2026
- Case Judge:

- Next Event:
- 03/03/2026

All Information  Party  Event  Tickler  Docket  Disposition

## Party Information

Doe, Jane
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | - Attorney |
|  | - Cooper, Esq., Howard |
|  | - Bar Code |
|  | - 543842 |
|  | - Address |
|  | - Todd and Weld LLP |
|  |   One Federal St 27th Floor |
|  |   Boston, MA 02110 |
|  | - Phone Number |
|  | - (617)720-2626 |
|  | - Attorney |
|  | - Eid, Esq., Sandy |
|  | - Bar Code |
|  | - 707141 |
|  | - Address |
|  | - Todd and Weld LLP |
|  |   One Federal St |
|  |   Boston, MA 02110 |
|  | - Phone Number |
|  | - (617)624-4737 |
|  | - Attorney |
|  | - Thompson, Esq., Christine Rose |
|  | - Bar Code |
|  | - 667806 |
|  | - Address |
|  | - Todd and Weld LLP |
|  |   One Federal St 27th Floor |
|  |   Boston, MA 02110 |
|  | - Phone Number |
|  | - (617)720-2626 |

More Party Information

Doe, John
- Defendant

Alias                Party Attorney

More Party Information

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 03/03/2026 02:00 PM | Civil D | LAWRENCE-1st FL, CR 1 (SC) | Motion Hearing | Tabit, Hon. Salim |  |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 02/25/2026 | 05/26/2026 | 90 | |
| Answer | 02/25/2026 | 06/25/2026 | 120 | |
| Rule 12/19/20 Served By | 02/25/2026 | 06/25/2026 | 120 | |
| Rule 12/19/20 Filed By | 02/25/2026 | 07/27/2026 | 152 | |
| Rule 12/19/20 Heard By | 02/25/2026 | 08/24/2026 | 180 | |
| Rule 15 Served By | 02/25/2026 | 04/21/2027 | 420 | |
| Rule 15 Filed By | 02/25/2026 | 05/21/2027 | 450 | |
| Rule 56 Served By | 02/25/2026 | 03/16/2028 | 750 | |
| Rule 56 Filed By | 02/25/2026 | 04/17/2028 | 782 | |
| Rule 15 Heard By | 02/25/2026 | 05/21/2027 | 450 | |
| Discovery | 02/25/2026 | 02/15/2028 | 720 | |
| Final Pre-Trial Conference | 02/25/2026 | 08/14/2028 | 901 | |
| Judgment | 02/25/2026 | 02/26/2029 | 1097 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 02/25/2026 | Attorney appearance<br>On this date Howard Cooper, Esq. added for Plaintiff Jane Doe | | |
| 02/25/2026 | Case assigned to:<br>DCM Track A - Average was added on 02/25/2026 | | |
| 02/25/2026 | Complaint and Jury Demand | 1 | Image |
| 02/25/2026 | Civil action cover sheet filed. | 2 | Image |
| 02/25/2026 | Plaintiff Jane Doe's EMERGENCY Motion to Impound Complaint and Future Filings | 3 | Image |
| 02/25/2026 | Affidavit of Jane Doe In Support of Her Motion to Impound | 3.1 | |
| 02/25/2026 | Endorsement on Motion to Impound Complaint (#3.0): ALLOWED<br>After review, the court treats the current motion as an ex parte motion to impound under MA R Impound P Rule 3. The court finds that immediate and irreparable injury may result if the motion is not allowed. See MA R Impound P Rule 3(a). Nevertheless, under the Rule, an interested party must have an opportunity to be heard in opposition within ten days of this order. MA R Impound P Rule 3(a). Thus, the motion is ALLOWED, but the plaintiff is ordered to a copy of the motion, supporting affidavit, and any other related documents, on the defendant in this case and any interested nonparty. Summons and Order of Notice to issue returnable on 3/3/26 at 2:00 p.m. The plaintiff is further ordered to file by mail or in person a complaint identifying the plaintiff and defendant by name, which, in accordance with this order, shall remain impounded until the court has had an opportunity to hear the motion. | | |
| 02/25/2026 | Summons and order of notice issued on a EMERGENCY Motion to Impound Complaint, returnable on 03/03/2026 02:00 PM Motion Hearing.<br><br>Applies To: Doe, Jane (Plaintiff); Doe, John (Defendant); Cooper, Esq., Howard (Attorney) on behalf of Doe, Jane (Plaintiff); Thompson, Esq., Christine Rose (Attorney) on behalf of Doe, Jane (Plaintiff); Eid, Esq., Sandy (Attorney) on behalf of Doe, Jane (Plaintiff) | 4 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |